1   BRIAN J. STRETCH (CABN 163973)
    United States Attorney

2

3   BARBARA J. VALLIERE (DCBN 439353)
    Chief, Criminal Division

4   HELEN L. GILBERT (NYBN 4736336)
    Assistant United States Attorney

5

6        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
7        Telephone: (415) 436-7021
         FAX: (415) 436-7234
8        helen.gilbert@usdoj.gov

    Attorneys for United States of America

9

10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

                      SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,          )   No. CR 16-71471 MAG
                                        )
14          Plaintiff,                  )   STIPULATION AND [~~PROPOSED~~] ORDER TO
                                        )   CONTINUE HEARING
15      v.                              )
                                        )
16  RAYMOND CHAVEZ, SR.,                )
                                        )
17          Defendant.                  )
    _____ )

18

19          On January 19, 2017, the Court set this matter over to February 13, 2017 9:30 a.m. for a status

20  conference and preliminary hearing.  The government provided defense with discovery on February 8,

21  2017, and the parties are in discussions to resolve this matter.  The parties request that the status

22  conference and preliminary hearing currently scheduled for February 13, 2017 be continued to March 6,

23  2017 at 9:30 a.m.  The parties also request that the Court extend the time limits provided by Federal

24  Rule of Criminal Procedure 5.1(c).  This extension of time is necessary for the parties to explore

25  possible resolution and for effective preparation of counsel.

26          Pursuant to Rule 5.1(d), the defendant and the government consent to the extension of time, and

27  the parties represent that good cause exists for this extension, including the effective preparation of

28  counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  For the same reasons, the parties also request that the

1   Court exclude from the time limits of 18 U.S.C. § 3161 the period from the date of this order through

2   March 6, 2017.  The parties also agree that the ends of justice served by granting such an exclusion of

3   time outweigh the best interests of the public and the defendant in a speedy trial.  *See* 18 U.S.C.

4   § 3161(h)(7)(A).

5

6

7   IT IS SO STIPULATED:

8                                           BRIAN J. STRETCH

9                                           United States Attorney

10   DATED: February 10, 2017

11                                          _____/s/_____

                                          HELEN L. GILBERT

12                                          Assistant United States Attorney

13   DATED: February 10, 2017

14                                           _____/s/_____

                                          DANIEL P. BLANK

15                                           Assistant Federal Public Defender

                                          Attorney for Defendant, Raymond Chavez, Sr.

16

17

18                                    Attestation of Filer

19        In addition to myself, the other signatory to this document is <u>Daniel P. Blank</u>.  I attest that I have

20   his permission to enter a conformed signature on his behalf and to file the document.

21

22   DATED: February 10, 2017                 _____/s/_____

23                                           HELEN L. GILBERT

                                          Assistant United States Attorney

24

25

26

27

28

1

**[~~PROPOSED~~ ORDER]**

2      For the reasons stated above, the Court continues the status conference and preliminary hearing

3   scheduled for February 13, 2017 to March 6, 2017 at 9:30 a.m.  The Court finds that extension of time

4   limits applicable under Federal Rule of Criminal Procedure 5.1(c) from the date of this order through

5
    March 6, 2017, is warranted; that exclusion of this period from the time limits applicable under 18
6
    U.S.C. § 3161 is warranted; that the ends of justice served by the continuance outweigh the interests of
7
8   the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant

9   the requested exclusion of time would deny counsel for the defendant and for the government the

10   reasonable time necessary for effective preparation of counsel, taking into account the exercise of due

11   diligence, and would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(iv).

12

13
    IT IS SO ORDERED.
14

15
    DATED: ___02/13/2017___
16

17   _____

18   THE HONORABLE LAUREL BEELER
     United States Magistrate Court Judge
19

20

21

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING
CR 16-71471 MAG